**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-4606**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLIFTON LEE JORDAN,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CR-99-795)

───────────

Submitted: October 3, 2001          Decided: November 20, 2001

───────────

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Parks N. Small, Federal Public Defender, Columbia, South Carolina, for Appellant. Scott N. Schools, United States Attorney, Rosemary Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

A jury convicted Clifton Lee Jordan of one count of being a felon in possession of a firearm. On appeal, Jordan contends that loss of a tape recording of a custodial statement he made at the police station requires a new trial because there can be no de novo appellate review of the record. We have reviewed the record and find that Jordan has not "demonstrate[d] that the missing portion of the transcript specifically prejudices his appeal." United States v. Gillis, 773 F.2d 549, 554 (4th Cir. 1985) (alteration added). Accordingly, we affirm the conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED